# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Ana Bertha Hernandez; DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-02267MJ |

Complaint for violation of Title 18, United States Code § 922(a)(6), Material False Statement During Purchase of a Firearm

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On December 2, 2023, **Ana Bertha Hernandez**, in the District of Arizona, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant represented that she was the actual buyer/transferee of the firearm, whereas in truth and fact, she was purchasing the firearm on behalf of another person; in violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 4, 2023, Homeland Security Investigations (HSI) interdicted a vehicle in Nogales Arizona believed to be involved in weapons trafficking. Twelve AK-47 pattern semi-automatic firearms were found in the trunk of the vehicle, nine of which had obliterated serial numbers. The driver of the vehicle admitted to agents he/she had picked up the firearms in Phoenix and brought them to Nogales to be smuggled into Mexico.

Federal law enforcement recovered the serial numbers of the nine AK-47's and determined one had been purchased by **Ana Bertha Hernandez** (**Hernandez**) on December 2, 2023, from a Tactical Studio, LLC., a business holding a federal firearms license (FFL) within the meaning of Chapter 44, Title 18, United States Code. During the purchase **Hernandez** filled out the ATF Form 4473, which includes a question and attestation that she was the actual buyer/transferee of the firearms, to which she indicated she was.

Further investigation revealed that from October 2023 through December 2023, **Hernandez** purchased no less than 50 firearms over 32 separate purchases from FFL holders. The firearms acquired were 34 AK-47 pattern firearms, 13 9mm semi-automatic handguns and 3 .22 caliber 1911 style handguns, all of which are sought after by criminal organizations in Mexico. During each purchase Hernandez filled out the ATF Form 4473 indicating she was the actual buyer of the firearms.

Agents interviewed **Hernandez** in May 2024. She admitted she purchased all the firearms on behalf of another individual as a means of making money. She further acknowledged as to all the purchases she had lied on the ATF Form 4473.

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>JOSIAH FENCEROY  Digitally signed by JOSIAH FENCEROY<br>Date: 2025.07.07 11:22:35 -07'00'<br><br>OFFICIAL TITLE & NAME:<br>ATF Special Agent Josiah Fenceroy |
|---|---|
| Subscribed to and sworn before me telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 7, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA Kevin D. Schiff