☒ FILED ☐ LODGED
Jan 12 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

CR-26-00145-TUC-AMM(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MJ-25-02267

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Ana Bertha Hernandez,<br>Defendant. | **INFORMATION**<br>VIOLATION:<br>**18 U.S.C. §§ 924(a)(6) and 924(a)(2)**<br>(False Statement During Purchase of a Firearm)<br>**FELONY** |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about December 2, 2023, in the District of Arizona, Defendant **Ana Bertha Hernandez**, knowingly made a false statement and representation in connection with the acquisition of a firearm, to wit: an AK-47 pattern semiautomatic rifle, to a business, to wit: Tactical Studio LLC, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records for the business, in that Defendant **Ana Bertha Hernandez** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth

and fact, she knew that she was purchasing the firearm for someone else.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

K Schiff

Digitally signed by KEVIN SCHIFF
Date: 2025.09.30 10:21:28 -07'00'

KEVIN D. SCHIFF
Assistant U.S. Attorney